UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | 8:05-bk-11953-PMG |
| SKYWAY COMMUNICATIONS HOLDING ) | |
| CORP., f/k/a I-Teleco.com, Inc., f/k/a ) | |
| Mastertel Communications Corp., ) | |
| ) | Adversary No. 07-241 |
| ) | |
| Debtor(s), ) | |
| ) | |
| ) | |
| WORLD CAPITA COMMUNICATIONS, ) | |
| INC. f/k/a SKYWAY COMMUNICATIONS ) | |
| HOLDING CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BRENT KOVAR, JOY KOVAR, GLENN ) | |
| KOVAR, JAMES KENT, KH-01, INC., and ) | |
| SKYWAY GLOBAL, LLC ) | |
| ) | |
| Defendant(s) | |

TAMP_737721.2

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Motion for Entry of Consent Judgment (the "Motion") filed by plaintiff, WORLD CAPITA COMMUNICATIONS, INC. f/k/a SKYWAY COMMUNICATIONS HOLDING CORP. (the "Plaintiff"). The Court has reviewed the Motion, Stipulation and Consent to Judgment ("Stipulation") and the court file, and is otherwise fully advised in the premises. Accordingly, the Court:

**FINDS AS FOLLOWS:**

a. The Court has subject matter over this Case and personal jurisdiction over defendants, BRENT C. KOVAR; JOY KOVAR; GLENN KOVAR; JAMES S. KENT; Sky Way Global, LLC, and KH-01, Inc. (collectively, the "Defendants");

b. Plaintiffs and Defendants have voluntarily and knowingly entered into the Stipulation, and therefore it is appropriate to approve the Stipulation and the relief provided for therein.

c. Pursuant to the Stipulation, the Defendants are jointly and severally liable to the Plaintiffs for the amounts set forth therein.

d. The address for the Plaintiff herein is as follows: c/o 18081 Bracken Circle, Port Charlotte, Florida 33948.

e. The last known address for James S. Kent is 2709 112th Place East, Parrish, Florida 34219.

f. The last known address for Brent C. Kovar is 121 6th Street, Tierre Verde, FL 33715.

g. The last known address for Glenn Kovar is 9210 Etching Overlook, Duluth, GA 30097.

2

  h. The last known address for Joy Kovar is 121 6th Street, Tierre, Verde, FL 33715.

Sky Way Global, LLC

  i. The last known address for KH-01, Inc. and Sky Way Global, LLC is c/c Brent Kovar is 121 6th Street, Tierre, Verde, FL 33715.

  j. Pursuant to the Stipulation, Plaintiff acknowledges that Defendants are neither admitting guilt or any wrongdoing as it to relates to all of the allegations of the Complaint. This provision, however, does not affect the enforceability of this Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

  I. The Plaintiffs' Motion is hereby GRANTED and the Stipulation is hereby APPROVED.

  II. A Final Judgment against Brent C. Kovar, Glenn Kovar, Joy Kovar, James S. Kent, Sky Way Global, LLC, and KH-01, Inc. under Counts I through XXX is hereby awarded and entered in favor of Plaintiff, and accordingly, Plaintiff is entitled to have, and shall recover, from each of the Defendants, jointly an severally, the sum of $500,000.00, for which let execution issue.

  III. Defendants acknowledge that Plaintiff's claims under Counts XXXI-XXXIV of the Complaint shall be and are resolved by Defendants acknowledgement that the HP 8954 spectrum analyzer presently in the possession and control of Plaintiff's counsel shall remain the sole and exclusive property of Plaintiff and that this Stipulation shall constitute a title document evidencing that sole and exclusive ownership in Plaintiff.

  IV. The Court retains jurisdiction to enforce the terms of the Stipulation and this Judgment.

  IV. This judgment is subject to the provisions of 28 U.S.C. § 1961.

3

TAMP_737721.2

DONE and ORDERED in Chambers at Tampa, Hillsborough County, Florida this 28th day of November __, 2007.

_____
Honorable W. Paul Glenn
United States Bankruptcy Judge

Copies furnished to:
    Mark J. Wolfson, Esquire
    Brent C. Kovar
    Glenn Kovar
    Joy Kovar
    James S. Kent
    Sky Way Global, LLC
    KH-01, Inc.